IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BONDEX INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRIO SITEWORKS, LLC, *et al.* | : | NO. 19-614 |

## ORDER

**AND NOW**, this 19th day of May, 2020, upon consideration of Plaintiff's Motion to Amend the Complaint (Document No. 11), Defendant's Response thereto (Document No. 14), Plaintiff's Reply (Document No. 16), and as explained in the Court's Memorandum of today, it is hereby **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part. It is further **ORDERED** that:

1. On or before June 1, 2020, Plaintiff shall file an Amended Complaint that conforms to the Court's Memorandum of today;

2. On or before June 15, 2020, Defendants shall Answer the Amended Complaint.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge